# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Barbara Stephenson<br>Plaintiff | DOCKET NUMBER:  4:15-cv-01624 |
| | SECTION: |
| VS. | JUDGE Lynn N. Hughes |
| Stone Trucking Company, Inc.<br>And Action Resources, Inc.<br>Defendants | MAGISTRATE:<br><br>UNDER TITLE: Diversity Jurisdiction 28 U.S.C., 1332 |

## NOTICE OF SETTLMENT

Now into court through undersigned counsel comes Plaintiff, Barbara Stephenson, who notifies the court that all parties have reached a tentative settlement.  Plaintiff ask that the court place this matter on the sixty (60) docket for dismissal.

Respectfully submitted,

**DENNIS SPURLING PLLC**
**ATTORNEY AT LAW & FRIENDS**

*/s/Dennis D. Spurling*

_____
DENNIS D. SPURLING (TB# 24053909)
J.P. Morgan Chase Building
3003 South Loop West – Suite 400
Houston, Texas 77054
(713) 229 – 0770 Telephone
(713) 229 – 8444 Facsimile
ddspurling@dennisspurling.com