| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Barbara Stephenson, §
§
Plaintiff, §
§
versus § Civil Action H-15-1624
§
Stone Trucking Company, Inc., et al., §
§
Defendants. §

## Conditional Dismissal

1. Having been advised that a settlement has been reached, this case is dismissed with prejudice except that the parties may move for reinstatement by August 7, 2015.

2. This court retains jurisdiction to enforce the settlement.

Signed on June 25, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge