UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

Barbara Stephenson, §
§
           Plaintiff, §
§
versus §                                        Civil Action H-15-1624
§
Stone Trucking Company, Inc., et al., §
§
           Defendants. §

## Final Dismissal

1.      Having been advised that a settlement has been reached, this case is dismissed with prejudice.

2.      This court retains jurisdiction to enforce the settlement.

Signed on August 10, 2015, at Houston, Texas.


                                        _____
                                              Lynn N. Hughes
                                        United States District Judge